PREET BHARARA
United States Attorney for the
Southern District of New York
By:  SHARON COHEN LEVIN
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, New York 10007
     Tel.: (212) 637-1060

UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                 :
                                 :     DECLARATION OF PUBLICATION
UNITED STATES OF AMERICA,
                                 :     14 Civ. 1907 (WHP)
        - v. -
                                 :
$1,200,000,000 IN UNITED STATES
CURRENCY,                        :

        Defendant-in-rem.        :

- - - - - - - - - - - - - - - - X

        I, SHARON COHEN LEVIN, pursuant to Title 28, United

States Code, Section 1746, hereby declare under penalty of

perjury:

        That I am an Assistant United States Attorney in the

office of the United States Attorney for the Southern District

of New York;

        That attached to this declaration are (1) a true and

correct copy of the Notice of Civil Forfeiture in this action,

and (2) a true and correct copy of an Advertisement

Certification Report, indicating that the aforementioned notice

was posted on an official government internet site

(www.forfeiture.gov) for at least thirty (30) consecutive days,

beginning on March 21, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

That both of the documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated:     New York, New York
           May 2, 2014

                                    _____
                                    SHARON COHEN LEVIN
                                    Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**COURT CASE NUMBER: 14 CIV. 1907 (WHP); NOTICE OF FORFEITURE ACTION**

   Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

  $1,200,000,000.00 IN UNITED STATES CURRENCY, (14-FBI-002505)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (March 21, 2014) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and copies of each served upon Assistant United States Attorney Sharon Cohen Levin, One St. Andrew's Plaza, New York, NY  10007, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 21, 2014 and April 19, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $1,200,000,000.00 U.S. Currency

**Court Case No:**       14 CIV. 1907 (WHP)
**For Asset ID(s):**       See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/21/2014 | 23.8 | Verified |
| 2 | 03/22/2014 | 24.0 | Verified |
| 3 | 03/23/2014 | 24.0 | Verified |
| 4 | 03/24/2014 | 24.0 | Verified |
| 5 | 03/25/2014 | 24.0 | Verified |
| 6 | 03/26/2014 | 24.0 | Verified |
| 7 | 03/27/2014 | 24.0 | Verified |
| 8 | 03/28/2014 | 24.0 | Verified |
| 9 | 03/29/2014 | 24.0 | Verified |
| 10 | 03/30/2014 | 24.0 | Verified |
| 11 | 03/31/2014 | 24.0 | Verified |
| 12 | 04/01/2014 | 24.0 | Verified |
| 13 | 04/02/2014 | 24.0 | Verified |
| 14 | 04/03/2014 | 24.0 | Verified |
| 15 | 04/04/2014 | 24.0 | Verified |
| 16 | 04/05/2014 | 24.0 | Verified |
| 17 | 04/06/2014 | 24.0 | Verified |
| 18 | 04/07/2014 | 24.0 | Verified |
| 19 | 04/08/2014 | 23.9 | Verified |
| 20 | 04/09/2014 | 24.0 | Verified |
| 21 | 04/10/2014 | 24.0 | Verified |
| 22 | 04/11/2014 | 24.0 | Verified |
| 23 | 04/12/2014 | 24.0 | Verified |
| 24 | 04/13/2014 | 24.0 | Verified |
| 25 | 04/14/2014 | 24.0 | Verified |
| 26 | 04/15/2014 | 24.0 | Verified |
| 27 | 04/16/2014 | 24.0 | Verified |
| 28 | 04/17/2014 | 24.0 | Verified |
| 29 | 04/18/2014 | 24.0 | Verified |
| 30 | 04/19/2014 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.